DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KASOWITZ BENSON TORRES LLP,**
Appellant,

v.

**STEVEN MARIANO** and **SIMPSON THACHER & BARLETT LLP,**
Appellees.

No. 4D19-165

[October 3, 2019]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE17-021733.

Kelly Anne Luther and Giselle Gonzalez Manseur of Kasowitz Benson Torres LLP, Miami, for appellant.

Eric M. Yesner, William R. Scherer and Russell R. O'Brien of Conrad & Scherer, Fort Lauderdale, for appellee Steven Mariano.

PER CURIAM.

*Affirmed.*

LEVINE, C.J. GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***